# FORM 1.  VOLUNTARY PETITION

| United States Bankruptcy Court<br>__Northern__ District of __Illinois__ (Western Division) | VOLUNTARY PETITION |
|---|---|

| NAME OF DEBTOR - (If individual, enter Last, First, Middle)<br>Strawbridge, Trent D. | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)<br>Strawbridge, Kiya M. |
|---|---|
| ALL OTHER NAMES used by the debtor in the last 6 years<br>(Include married, birth, and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(Include married, birth, and trade names) |
| SOC SEC/TAX I.D. NO (If more than one, state all)<br>xxx - xx - 6814 | SOC SEC/TAX I.D. NO (If more than one, state all)<br>xxx - xx - 1117 |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>2024 Montague Rd.<br>Rockford   IL   61102 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state and zip code)<br>2024 Montague Rd.<br>Rockford , IL   61102 |
| COUNTY of residence or principal place of business: Winnebago   PHONE NUMBER | COUNTY of residence or principal place of business: Winnebago   PHONE NUMBER |
| MAILING ADDRESS OF DEBTOR (If different from Street Address) | MAILING ADDRESS OF JOINT DEBTOR (If different from Street Address) |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR
(If different from address listed above)

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**VENUE** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of the petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in the District.

| TYPE OF DEBTOR<br>☒ Individual   ☐ Stockbroker<br>☐ Partnership  ☐ Community Broker<br>☐ Corporation  ☐ Other _____<br>☐ Railroad | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)<br>☐ Chapter 7   ☐ Chapter 9<br>☐ Chapter 11  ☐ Chapter 12<br>☒ Chapter 13  ☐ Sec 304 - Case ancillary to foreign proceeding |
|---|---|
| NATURE OF DEBT<br>☒ Consumer/Non-Business<br>☐ Business | FILING FEE (Check one box)<br>☒ Filing fee attached<br>☐ Filing fee to be paid in installments |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered as a small business under 11 U.S.C. § 1121(e) (Optional) | Installment payments applicable to individuals only.  Must attach signed application for the courts consideration certifying that the debtor is unable to pay fee except in installments.  Rule 1006(b). See Official Form No. 3. |

| STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S. C. § 604)<br>(Estimates only - Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
☐ 1-15   ☐ 16-49   ☒ 50-99   ☐ 100-199   ☐ 200-999   ☐ 1000-over

ESTIMATED ASSETS (in thousands of dollars)
☒ $0 to $50,000       ☐ $100,001 to $500,000   ☐ $1,000,001 to $10 million   ☐ $50,000,001 to $100 million
☐ $50,001 to $100,000  ☐ $500,001 to $1 million  ☐ $10,000,001 to $50 million  ☐ More than $100 million

ESTIMATED LIABILITIES (in thousands of dollars)
☐ $0 to $50,000       ☒ $100,001 to $500,000   ☐ $1,000,001 to $10 million   ☐ $50,000,001 to $100 million
☐ $50,001 to $100,000  ☐ $500,001 to $1 million  ☐ $10,000,001 to $50 million  ☐ More than $100 million

| **VOLUNTARY PETITION  PAGE 2** *(This page must be completed and filed in every case)* | Name of Debtor(s): Strawbridge, Trent D. & Kiya M. | FORM B1 |
|---|---|---|

| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet) |||
|---|---|---|
| Location where filed: Northern District of Illinois, Western Div. | Case Number: 04-71187 | Date Filed: March 4, 2004 |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor | Case Number | Date Filed |
| Relationship | District | Judge |

## SIGNATURES

### SIGNATURE(S) OF DEBTOR(S) (INDIVIDUAL/JOINT)

I declare under penalty of perjury that the information provided in this petition is true and correct. (If Petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Trent D. Strawbridge
Signature of Debtor

X  /s/ Kiya M. Strawbridge
Signature of Joint Debtor

PHONE NUMBER (If not represented by attorney)
Oct. 12, 2005
Date

### SIGNATURE OF ATTORNEY

X  /s/ Zenon J. Bidzinski
Signature of Attorney for Debtor(s)

Zenon J. Bidzinski
PRINTED NAME OF ATTORNEY FOR DEBTOR(S)

Law Office of Zenon Joseph Bidzinski
FIRM NAME

129 S. Phelps Ave., #814
Rockford, IL  61108
IL Atty. Regis. No. 3126843
ADDRESS

(815) 621-3246;  Fax  (815) 636-8660
TELEPHONE NUMBER

Oct. 12, 2005
Date

### SIGNATURE OF DEBTOR (CORPORATION/PARTNERSHIP)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to File this Petition

_____
Date

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e. g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities and Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit "A" is attached and made a part of this petition.

### EXHIBIT B

(To be completed by attorney for individual debtor(s) with primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Zenon J. Bidzinski          Oct. 12, 2005
Signature of Attorney for Debtors          Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiaable harm to public healthor safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

### SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110. that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy petition Preparer

_____
Social Security Number

_____
_____
Address                                           Tel. No.

Names and Social Security number of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provision of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. § 156.

# United States Bankruptcy Court

### Northern DISTRICT OF Illinois  (Western Division)

DEBTOR  
Strawbridge, Trent D. & Kiya M.

CASE NO.  
05 - _____

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is extremely complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

**Chapter 7:  Liquidation ($209 filing fee)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all of your property. You may claim certain property as exempt under governing law. The trustee then liquidates the property and uses the proceed to pay your creditors according to priorities of the Bankruptcy Code.

3. the purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore you may still be responsible for such debts as certain taxes and student loans, alimony , and support payments, debts fraudulently incurred, debts for willful and malicious injury to a person or property, and debts arising from a drunk driving judgment.

5. Under certain circumstances you may keep property that you have purchased. Your attorney can explain the options that are available to you.

**Chapter 13:  Repayment of All or Part of Debts—Regular Income ($194 filing fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except for alimony and support payments, certain kinds of taxes owed for less than three years, certain student loans, court ordered restitution in a criminal case, debts arising from a drunk driving judgment, and long term secured obligations.

**Chapter 11:  Reorganization ($800 filing fee + $30 Admin. Fee)**

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and an individual should consult an attorney before filing a Chapter 11 petition.

**Chapter 12:  Family Farmer ($200 filing fee + $30 Admin. Fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

**ACKNOWLEDGEMENT**

I hereby certify that I have read this notice on this ____12th____ day of _____October_____, __2005____.

Debtor ___/s/  Trent D. Strawbridge_____     Joint Debtor ___/s/  Kiya M. Strawbridge_____

INSTRUCTIONS:  A copy of this notice personally signed by the debtor, or by both debtors in a joint case, must accompany any bankruptcy petition filed with the Clerk. Failure to comply may result in the petition not being accepted for filing.

# United States Bankruptcy Court

**Northern DISTRICT OF Illinois** (Western Division)

IN RE  Strawbridge, Trent D. & Kiya M  
**name of debtor**

Case No.  05 - _____  
Chapter  13

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors, __71__ in number, is true and correct to the best of his knowledge.

Dated:  Oct. 12, 2005

Debtor  /s/  Trent D. Strawbridge

Joint Debtor  /s/  Kiya M. Strawbridge

**Cred NumberFor Verif**     *71*

**In re Chapter 13 Bankruptcy of Trent & Kiya Strawbridge**
**List of Creditors**
**Oct. 12, 2005**
**Page 1 of 3**
**-------**

Account Recovery Service
5183 Harlem Rd.
Loves Park, IL  61111-3448

B-Line LLC/Atlantic Credit/Househld Bk
c/o Weinstein, Treiger, and Riley P.S.
2101 4th Ave Ste 900
Seattle, WA 98121

Bergner's
P.O. Box 17633
Baltimore, MD 21297-1633

Bergners
140 W. Industrial Dr.
Elmhurst, IL  60126

Blatt Hasenmiller Leibsker Moore
125 S. Wacker Dr., 4th Fl.
Chicago, IL  60606

CBUSASears
P.O. Box 6924
The Lakes, NV  88901

Commonwealth Edison
System Credit / Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL 60523

Creditors Protection Servcie, Inc.
202 W. State St., #300
P.O. Box 4115
Rockford, IL 61110

Discover
P.O. Box 8003
Hilliard, OH 43026

Discover Bank
c/o Baker, Miller, et. al.
11 South LaSalle St, 19th Floor
Chicago, IL 60606

Exxon Mobil
P.O. Box 4555
Carol Stream, IL 60197-4555

FBCS
841 E. Hunting Park Ave.
Philadelphia, PA  19124-4824

Federal Collections Inc
227 N. Alpine Rd.
Rockford, IL  61107-4903

Freeport Animal Hospital
321 East South Street
Freeport, IL 61032

Friendly Auto Sales
2701 11th Street
Rockford, IL  61109

GEMB / Exxon Mobil
P.O. Box 981400
El Paso, TX  79998

GEMB / JCP
P.O. Box 981131
El Paso, TX  79998

Hamilton Collection
c/o North Shore Agency
751 Summa Ave.
Westbury, NY 11590

HB/Bergners
140 W. Industrial Dr.
Elmhurst, IL 60126-1602

Hillcrest Animal Hospital
227 North Alpine
Rockford, IL 61107

Household Credit Services
P.O. Box 17051
Baltimore, MD 21297-1051

Household Credit NV
P.O. Box 98706
Las Vegas, NV 89193-8706

HSBC Brgnr
140 W. Industrial Dr.
Elmhurst, IL  60126

HSBC NV
1441 Schilling Pl.
Salinas, CA  93901

Illinois Dept. of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL  60506

**In re Chapter 13 Bankruptcy of Trent & Kiya Strawbridge**
**List of Creditors**
**Oct. 12, 2005**
**Page 2 of 3**
-------

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St
Chicago, IL 60604

JC Penney
P.O. Box 960001
Orlando, FL 32896-0001

Kohl's Department Store
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, Tx 75374

Kohls Dept. Stores
N56 W 17000 Ridgewood Dr.
Menomonee Falls, WI  53051-5660

Lundine, Mark, MD
2821 Glenwood Ave.
Rockford, IL 61101

MCCBG/JC Penney
P.O. Box 981402
El Paso, TX  79998-1402

Mobil / MBGA Branch CG3C
c/o Gecc Acdv/Cdv Process
2004 Bassett Ave.
El Paso, TX  79901-1923

Monogram Cred Crd Bk Georgia
c/o Blatt, Hasenmiller et al
211 Landmark Dr., Ste E5
Normal, IL 61761

Mortgage Electronic Registratn Sys, Inc.
c/o Shapiro & Kreisman, LLC
4201 Lake Cook Road, 1st Floor
Northbrook, IL 60062

Mutual Management Serv.
P.O. Box 4777
Rockford, IL 61110-4777

Northern Illinois Scanning
P.O. Box 4073
Rockford, IL 61110-0573

Orthopedic Associates of Illinois
1235 N. Mulford
Rockford, IL 61107

Physician's Immediate Care
11475 North Second
Machesney Park, IL 61115

Professional Collection
103 N. Chicago Ave.
P.O. Box 76
Freeport, IL  61032-4100

Radiology Consultants of Rockford
P.O. Box 4542
Rockford, IL 61110-4542

Receivables Mgt Solutions
Attn:  Kohls Acct.
260 E. Wentworth Ave.
West St. Paul, MN  55118-3525

Retrieval Mstrs Cred Bureau
Attn: Hamilton Collection Acct
2269 S. Saw Mill River Rd, Bldg 3
Elmsford, NY 10523

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

RHS/Rockford Clinic
Dept CH 10862
Palatine, IL 60055

RMA Risk Mgt Alternatives
1285 Fern Ridge Pkwy
St. Louis, MO  63141

RNB / Target
Rating 6C-A
P.O. Box 673
Minneapolis, MN  55440-0673

Rockford Clinic
2300 North Rockton Avenue
Rockford, IL 61103

Rockford Memorial Hospital
2400 North Rockton
Rockford, IL 61103

Rockford Mercantile Agency
2502 South Alpine Road
Rockford, IL 61108

**In re Chapter 13 Bankruptcy of Trent & Kiya Strawbridge**
**List of Creditors**
**Oct. 12, 2005**
**Page 3 of 3**
-------

Rosewood Hudson Assoc
Attn:  Household Acct.
P.O. Box 13525
Roanake, VA  24035

Saks Incorporated
3455 Highway 80W
Jackson, MS  39209-7202

Sears Card
P.O. Box  818017
Cleveland, OH  44181-8017

Sears RCCOC
P.O. Box 20363
Kansas City MO 64195-0363

Sherman Acquisition II LP
Customer Service
P.O. Box 10497
Greenville, SC  29603

SMC c/o Bergner's
P.O. Box 19249
Sugar Land, TX 77496

Social Security Administration
Office of Central Operations
1500 Woodlawn Dr.
Baltimore, MD 21241-1500

Social Security Administration
Office Of Central Operations
1500 Woodlawn Drive
Baltimore, MD 21241-1500

Sparkling Spring Water
c/o Atty Michael Angileri
3 Golf Center, Ste 352
Hoffman Estates, IL 60195

Sunset Memorial Gardens
P.O. Box 2237
8800 North Alpine Road
Rockford, IL 61131

Swedish American Hosp
P.O. Box 4448
Rockford, IL 61110-0948

Target
c/o Retailers National Bank
P.O. Box 0102
Minneapolis, MN 55440-0102

Teamsters Privilege Mastercard
c/o Household Credit
P.O. Box 80027
Salinas, CA  93912-0027

TNB - Target
P.O. Box 9745
Minneapolis, MN 55440

UIC Clinics
P.O. Box 4689
Rockford, IL 61110-4689

US Bank, f/k/a Firstar Bank
Bankruptcy Dept.
P.O. Box 5229
Cincinnati, OH 45201

University Fidelity Corp
EDP No: 13-04-040-0882
P.O. Box 941911
Houston, TX  77094-8911

Walgreen Co
200 Wilmot
Deerfield, IL  60015

Washington Mutual
Attn: Bankruptcy Dept.
P.O. Box 1169
Milwaukee, WI 53201-1169

Washington Mutual
Attn: Bankruptcy Dept.
P.O. Box 3139
Milwaukee, WI 53201-3139

Washington Mutual Bank
9601 McAllister Freeway, #110
San Antonio, TX 78216

White, Mary C
Dr. Mary White Podiatry
6451 E. Riverside Blvd., Ste 104
Rockford, IL 61114

# United States Bankruptcy Court

**Northern DISTRICT OF Illinois** (Western Division)

IN RE  Strawbridge, Trent D. & Kiya M.          Bankruptcy Case No. 05 - _____
             name of debtor
                                                Chapter  13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C.¶329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this bankruptcy cases is as follows:

   For legal services I have agreed to accept ( for attorney fees, excluding costs) ......................... $2,200.00
   Prior to the filing of this statement I have received (for attorney fees)...................................... $1,500.00
   Balance due ................................................................................................. $700.00

2. The source of the compensation paid to me was: ☒ Debtor  ☐ Other (specify)

3. The source of the compensation to be paid to me is: ☒ Debtor  ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are member or associates of my law firm.
   ☐ I have agreed to share the above-disclosed compensation with a person(s) who are not members or associates of my law firm. A summary of the agreement, together with a list of the names of the people sharing in the compensation is listed below.

5. In return for the above disclosed fee, I have agreed to render legal service for the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.
   b. Preparation and filing of any petition, schedules, statements, and plan which may be required.
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, an any adjourned hearings thereof;
   d. Representation of the debtor in non-adversary proceedings and other non-contested bankruptcy matters:
   e. (other provisions as needed)
      The attorney will assist the debtor(s) in carrying out their Statement of Intention. The attorney agrees to provide representation for any 707(B) hearing, but only insofar as the hearing relates to substantial abuse of 5(a) above.

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   Adversary proceedings (attorney will represent client at his hourly rate). Appeals of any kind, including appeals from rulings of bankruptcy court.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  /s/ Zenon J. Bidzinski                                    Date: Oct. 12, 2005
Attorney for Debtor

Zenon J. Bidzinski
129 S. Phelps Ave., #814
Rockford, IL  61108
IL Atty. Regis. No. 3126843
(815) 621-3246; Fax  (815) 636-8660