**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: TRENT D. STRAWBRIDGE | § | Case No. 05-76389 |
| KIYA STRAWBRIDGE | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/12/2005.

2) The plan was confirmed on 05/15/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 05/23/2007.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/16/2007, 07/02/2008, 09/08/2008.

5) The case was converted on 09/11/2009.

6) Number of months from filing or conversion to last payment: 45.

7) Number of months case was pending: 47.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,345.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 32,021.50 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 32,021.50 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,625.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,151.11 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,776.11 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ZENON J BIDZINSKI | Lgl | 700.00 | 3,625.00 | 3,625.00 | 3,625.00 | 0.00 |
| MORTGAGE ELECTRONIC REG SYS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL BANK, FA | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK N.A. | Sec | 26,196.37 | 26,196.37 | 26,196.37 | 26,196.37 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 647.50 | 647.50 | 647.50 | 49.02 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 0.00 | 343.00 | 343.00 | 0.00 | 0.00 |
| ATTORNEY TERRY HOSS & | Uns | 99.92 | 99.92 | 99.92 | 0.00 | 0.00 |
| B-LINE LLC | Uns | 9,999.75 | 9,999.75 | 0.00 | 0.00 | 0.00 |
| BLATT AND ASSOCIATES | Uns | 530.00 | 530.00 | 0.00 | 0.00 | 0.00 |
| CBUSASEARS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMED CO | Uns | 800.00 | 675.16 | 675.16 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE, | Uns | 1,296.23 | 2,065.83 | 2,065.83 | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Uns | 6,439.41 | 6,439.41 | 6,439.41 | 0.00 | 0.00 |
| BAKER MILLER MARKOFF & | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EXXON MOBIL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FBCS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL COLLECTIONS, INC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FREEPORT ANIMAL HOSPITAL | Uns | 56.00 | 56.00 | 0.00 | 0.00 | 0.00 |
| FRIENDLY AUTO SALES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB / EXXON MOBIL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB / JCP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Uns | 47.41 | 47.41 | 0.00 | 0.00 | 0.00 |
| SMC | Uns | 0.00 | 650.07 | 650.07 | 0.00 | 0.00 |
| HILLCREST ANIMAL | Uns | 343.97 | 343.97 | 0.00 | 0.00 | 0.00 |
| NATIONAL CAPITAL | Uns | 0.00 | 9,999.75 | 9,999.75 | 0.00 | 0.00 |
| HOUSEHOLD BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CYRUS OATES DDS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Uns | 280.98 | 280.98 | 0.00 | 0.00 | 0.00 |
| JOHN LEE JACKSON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KOHL'S DEPARTMENT STORE | Uns | 0.00 | 509.05 | 509.05 | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY | Uns | 509.05 | 509.05 | 0.00 | 0.00 | 0.00 |
| DR. MARK LUNDINE | Uns | 759.60 | 759.60 | 0.00 | 0.00 | 0.00 |
| MCCBG / JC PENNY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MOBIL/MBGA BRANCH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MONOGRAM CREDIT CARD | Uns | 641.28 | 641.28 | 0.00 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 1,315.15 | 1,315.15 | 1,315.15 | 0.00 | 0.00 |
| NATIONAL ASSET RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS SCANNING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC ASSOC OF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RETRIEVAL MASTERS CREDITORS | Uns | 94.22 | 94.22 | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 372.31 | 372.31 | 0.00 | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 796.39 | 21.40 | 21.40 | 0.00 | 0.00 |
| RMA RISK MGT ALTERNATIVES | Uns | 184.29 | 184.29 | 0.00 | 0.00 | 0.00 |
| RMH PATHOLOGISTS LTD | Uns | 308.00 | 308.00 | 0.00 | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS/ | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 960.92 | 980.72 | 980.72 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROSEWOOD HUDSON ASSOC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SAKS INCORPORATED | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 372.31 | 372.31 | 0.00 | 0.00 |
| SEARS | Uns | 366.59 | 366.59 | 0.00 | 0.00 | 0.00 |
| SHERMAN ACQUISITION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SMC | Uns | 650.07 | 650.07 | 0.00 | 0.00 | 0.00 |
| SOCIAL SECURITY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SPARKLING SPRING WATER | Uns | 90.08 | 90.08 | 0.00 | 0.00 | 0.00 |
| SUNSET MEMORIAL GARDENS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 117.69 | 117.69 | 0.00 | 0.00 | 0.00 |
| TARGET | Uns | 238.03 | 238.03 | 0.00 | 0.00 | 0.00 |
| NATIONAL ASSET RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD CREDIT SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TNB TARGET | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UIC CLINICS | Uns | 32.06 | 32.06 | 0.00 | 0.00 | 0.00 |
| UNIVERSAL FIDELITY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WALGREEN CO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DR. MARY C. WHITE | Uns | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 |
| FRIENDLY AUTO SALES | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| SOURCE 1 AUTOMOTIVE, INC. | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 96.00 | 96.00 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 419.75 | 419.75 | 0.00 | 0.00 |
| CLERK OF U.S. BANKRUPTCY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 26,196.37 | $ 26,196.37 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 26,196.37 | $ 26,196.37 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 647.50 | $ 49.02 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 647.50 | $ 49.02 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 23,987.52 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,776.11 |
| Disbursements to Creditors | $ 26,245.39 |
| **TOTAL DISBURSEMENTS:** | $ 32,021.50 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: <u>09/29/2009</u>        By: <u>/s/ Lydia S. Meyer</u>
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)